Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9100 Wilshire Blvd. #725 E.
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile: 310/209-2348

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BIONDI, | Case No. 5:21-cv-02128 |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| THE MICHAELS COMPANIES, INC., JAMES A. QUELLA, JOSH BEKENSTEIN, ASHLEY BUCHANAN, MARK S. COSBY, RYAN COTTON, MONTE E. FORD, KAREN KAPLAN, MATTHEW S. LEVIN, JOHN J. MAHONEY, and BERYL B. RAFF, | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff David Biondi ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

- 1 -
NOTICE OF VOLUNTARY DISMISSAL

| | |
|---|---|
| Dated: June 17, 2021 | **WEISSLAW LLP** |
| | By: */s/ Joel E. Elkins* |
| | Joel E. Elkins |
| | 9100 Wilshire Blvd. #725 E. |
| | Beverly Hills, CA 90210 |
| | Telephone:  310/208-2800 |
| | Facsimile:   310/209-2348 |
| | Email: jelkins@weisslawllp.com |
| **OF COUNSEL:** | -and- |
| | Richard A. Acocelli |
| **BRAGAR EAGEL & SQUIRE, P.C.** | 1500 Broadway, 16th Floor |
| Alexandra B. Raymond | New York, NY  10036 |
| 885 Third Avenue, Suite 3040 | Telephone: 212/682-3025 |
| New York, New York 10022 | Facsimile:  212/682-3010 |
| Tel: (646) 860-9158 | Email: racocelli@weisslawllp.com |
| Fax: (212) 214-0506 | |
| Email: raymond@bespc.com | *Attorneys for Plaintiff* |
| *Attorneys of Plaintiff* | |

- 2 -
NOTICE OF VOLUNTARY DISMISSAL